UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00106-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES KEVIN BRIDGES, ) | ORDER |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on several supplemental filings by Defendant after his original Reply to the Government's Response in Opposition to his Motion for Compassionate Release. E.g., (Doc. Nos. 97, 99, 100, 101).

The Court hereby ORDERS the Government to respond to Defendant's supplemental filings. The Government shall have **thirty (30) days** from the date of this Order to file its supplemental response with the Court. In the event of additional filings by Defendant, the Government shall receive a fourteen (14) day extension for each filing.[1]

IT IS SO ORDERED.

Signed: June 9, 2020

Frank D. Whitney
United States District Judge

---

[1] If Defendant submits supplemental filings during the extension period, the Government shall have another fourteen (14) day extension.